UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-04-19

-----------------------------------------------------------x

MONROU ESSAU RAMOS MENDEZ,

      Plaintiff,

-against-

FORMAGGIO CORP. (D/B/A FAMOUS ORIGINAL RAY'S PIZZA), TONY MANGANO, AND, ROSOLINO MANGANO,

      Defendants.

-----------------------------------------------------------x

1:17-cv-04969 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' revised settlement agreement filed October 18, 2019. (ECF No. 39.) Having reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated: November 4, 2019
     New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**